UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV170-GCM

| | |
|---|---|
| P.L., a minor, by and through his legal guardians, SUSAN and JOSEPH LIUZZO, and SUSAN and JOSEPH LIUZZO, individually <br><br> Plaintiffs, <br><br> v. <br><br> CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, <br> Respondent. | **ORDER** |

ORDER FOR STATUS CONFERENCE

This matter is before the Court on its own motion. The parties are hereby ordered to appear before the court telephonically for a status conference at 10:30 a.m. on January 7th, 2010.

Signed: December 14, 2009

Graham C. Mullen
United States District Judge