UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV170-GCM

| | | |
|---|---|---|
| P.L., a minor, by and through his legal guardians, SUSAN and JOSEPH LIUZZO, and SUSAN and JOSEPH LIUZZO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

This matter is before the Court on its own motion. Having conferred today before the

Court, the parties agree to the following:

(1) Ms. Gallagher will file a notice of appearance on behalf of the Plaintiffs.

(2) Ms. Gallagher will contact the North Carolina Department of Public Instruction and ask that they send a copy of the administrative record to the Court, the Plaintiffs, and the Defendant.

(3) After the administrative record is received, the Court will enter a scheduling order.

Signed: January 7, 2010

Graham C. Mullen
United States District Judge