UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV170-GCM

| | |
|---|---|
| P.L., a minor, by and through his legal guardians, SUSAN and JOSEPH LIUZZO, and SUSAN and JOSEPH LIUZZO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, <br><br> Defendant. | **ORDER** |

This matter is before the Court on its own motion. The Court received a copy of the administrative record in this case, and it appears that additional materials may have been included. The parties have thirty days to meet and confer in order to stipulate to the administrative record; and the parties will also produce a table of contents of the stipulated record in which each document will be given an abbreviated title. The parties are to use the abbreviated titles in submissions to the Court.

So ordered.

Signed: February 2, 2010

Graham C. Mullen
United States District Judge