UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV170-GCM

| | |
|---|---|
| P.L., a minor, by and through his legal guardians, SUSAN and JOSEPH LIUZZO, and SUSAN and JOSEPH LIUZZO, individually<br><br>Plaintiffs,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,<br>Respondent. | **SCHEDULING ORDER** |

THIS MATTER is before the Court on its own motion. Plaintiffs must submit their written argument by April 5, 2010. Defendant's response is due May 5, 2010, and Plaintiffs' reply is due May 21, 2010. A hearing date will be set if the Court determines that a hearing is necessary.

Signed: March 5, 2010

Graham C. Mullen
United States District Judge