# United States District Court
# For The Western District of North Carolina
# Charlotte Division

P.L. et al,

        Plaintiff(s),

vs.

Charlotte-Mecklenburg Board of Education,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

Case No. 3:07CV170

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2010 Order.

Signed: July 23, 2010

Frank G. Johns, Clerk
United States District Court