# United States District Court
# For The Western District of North Carolina
# Charlotte Division

P.L. et al,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              Case No. 3:07CV170

Charlotte-Mecklenburg Board of Education,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2010 Order.

                                              Signed: July 23, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court